IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES GOLBERT, COOK COUNTY PUBLIC GUARDIAN, ET AL., | ) ) ) Case No. 1:23-cv-00300 |
| Plaintiff, | ) ) |
| v. | ) Honorable Martha M. Pacold |
| MARC D. SMITH, ET AL., | ) Magistrate Judge Gabriel A. Fuentes ) ) |
| Defendants. | ) ) |

### AGREED ORDER FOR PARTIAL STAY OF DISCOVERY

Defendants moved to stay discovery pending resolution of their Motion to Dismiss and Motion to Strike Class Allegations. Dkt. 24. Plaintiffs responded to the Motion to Stay on July 25, 2023, Dkt. 28, and the Court issued a preliminary order on July 26, Dkt. 30. In its preliminary order, the Court advised the parties that they could confer in light of the Court's preliminary order, in an effort to reach agreement regarding the motion to stay discovery. *Id.* at 4. On August 10, 2023, the parties filed a joint status report describing the agreement they reached regarding a partial stay of discovery until Defendants' Motion to Dismiss and Motion to Strike Class Allegations is decided by the Court. Dkt. 34. In light of the parties' agreement, the Court Orders as follows:

1. Discovery is stayed until Defendants' Motion to Dismiss and Motion to Strike Class Allegations is ruled upon by the Court.

2. Neither party will seek discovery until after Defendants' Motion to Dismiss and Motion to Strike Class Allegations is ruled upon, excepting that the Defendant DCFS will provide Plaintiffs' counsel with the names and last known addresses of Release Upon Request ("RUR") youth who were held RUR for 7 days or more from January 2018 to

January 19, 2023, as alleged in Plaintiffs' complaint.

3. The parties anticipate that DCFS will produce this information by September 7, 2023.

**SO ORDERED.**

                    **ENTER:**

                    _____
                    **GABRIEL A. FUENTES**
                    **U.S. Magistrate Judge**

**DATED: August 11, 2023**