# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Charles Golbert, et al().

                 Plaintiff,

v.                                                Case No.: 1:23−cv−00300

                                                      Honorable Martha M. Pacold

Marc D. Smith, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The request to reset the motion hearing is granted. The motion hearing set for 9/16/2024 is stricken and reset to 9/30/2024 at 2:30 p.m. in Courtroom 2325. Each side will be given 30 minutes to argue the pending motion to dismiss, [10]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.