# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Charles Golbert, et al.

                      Plaintiff,

v.                                        Case No.: 1:23−cv−00300
                                        Honorable Martha M. Pacold

Marc D. Smith, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' motion to dismiss, [10], is granted in part and denied in part. Defendants' motion to strike allegations is denied. Plaintiffs are given until 4/30/2025, to file a motion for leave to amend. Enter Memorandum Opinion and Order. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.