# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Charles Golbert, et al.
                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:23−cv−00300
　　　　　　　　　　　　　　　　　　　　Honorable Martha M. Pacold

Marc D. Smith, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

       MINUTE entry before the Honorable Gabriel A. Fuentes: Discovery and settlement status hearing held. Rule 26(a)(1) disclosures to be issued on or before 5 p.m. on 5/30/25. Initial written discovery to be issued no later than 6/11/25. Joint request to phase discovery per the recent status report is granted. ESI production agreement by 6/10/25. A joint written status report on discovery progress, ESI discovery status, and settlement status to be filed by noon on 6/17/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.